**Order entered January 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00901-CR**

**PAUL GARY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-16883-S**

**ORDER**

Appellant's motion for extension of time to file his brief is **GRANTED** and the brief received January 9, 2023, is **ORDERED** filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE